### George Guest v. Philadelphia and West Chester Turnpike Road Company, Appellant.

Argued Jan. 18, 1898. Appeal, No. 107, Jan. T., 1898, by defendant, from decree of C. P. No. 4, Phila. Co., Dec. T., 1894, No. 434, on bill in equity. Before GREEN, WILLIAMS, McCOLLUM, MITCHELL and DEAN, JJ. Affirmed.

OPINION BY MR. JUSTICE DEAN, July 21, 1898:

The right of defendant to occupy Market street, Philadelphia, by a passenger railway was formally relinquished, as we have decided in opinion handed down this day in case of West Philadelphia Passenger Railway Company against same defendant, ante, p. 459. Nothing further need be said in this case.

The decree of the court below is affirmed at costs of appellant.

